IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | | |
|---|---|---|
| JoAnn Basso, | ) | Case No.: 6:23-cv-03516-DCC |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ANSWER** |
| | ) | |
| Reliance Standard Life Insurance | ) | |
| Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Reliance Standard Life Insurance Company, by and through its attorneys, hereby answers Plaintiff's Complaint and asserts Affirmative Defenses as follows:

I.

Admitted upon information and belief.

II.

Admitted.

III.

Admitted in part and denied in part. It is admitted that Plaintiff seeks long term disability benefits under ERISA and that this Court has federal question jurisdiction. It is denied that Plaintiff is entitled to any benefits. The remaining averments are legal conclusions which are denied.

IV.

Admitted. By way of further response, it is denied that any benefits are owed.

V.

Admitted. By way of further response, at the time benefits ended, Plaintiff was no longer Totally Disabled.

VI.

Admitted in part and denied in part. It is admitted that Plaintiff appealed the denial of benefits, that Plaintiff appealed the denial and that Defendant issued a final decision denying the claim. The remaining averments are denied.

VII.

Denied.

**FIRST CAUSE OF ACTION**

VIII.

Defendant incorporates by reference its responses to paragraphs I through VII of the Complaint as though they were set forth here in full.

IX

Denied. It is especially denied that Plaintiff is entitled to an award of benefits or a remand of the claim.

WHEREFORE, Defendant Reliance Standard Life Insurance Company denies liability to Plaintiff and demands judgment in its favor on all claims.

**AFFIRMATIVE DEFENSES**

1.    Plaintiff's Complaint fails to state a claim against Defendant.

2.    Plaintiff's claims are governed by ERISA.

3.    No benefits are owed to Plaintiff.

4.    Plaintiff is not Totally Disabled.

2

5.    Plaintiff failed to sustain her burden of proving that she was entitled to benefits at the time they ended.

6.    The denial of the claim was not wrong.

7.    The denial of the claim was not an abuse of discretion.

8.    The denial of the claim was not influenced by a conflict of interest.

9.    Plaintiff failed to provide satisfactory proof of the claimed disability.

10.    Plaintiff received a full and fair review.

WHEREFORE, Defendant Reliance Standard Life Insurance Company denies liability to Plaintiff and demands judgment in its favor on all claims.

NELSON MULLINS RILEY & SCARBOROUGH LLP


By: *s/Kelly L. Taylor*
       D. Larry Kristinik
       Fed Bar No. 5744
        E-Mail: larry.kristinik@nelsonmullins.com
       Kelly L. Taylor
       Fed Bar No. 13625
        E-Mail: kelly.taylor@nelsonmullins.com
       1320 Main Street / 17th Floor
       Post Office Box 11070 (29211-1070)
       Columbia, SC  29201
       (803) 799-2000

       *Attorneys for Defendant Reliance Standard Life Insurance Company*

Columbia, South Carolina

September 19, 2023

3